Jeffrey S. Dubin, P.C.
Attorneys for the Plaintiffs
464 New York Avenue
Suite 100
Huntington, New York 11743
(631) 351-0300
(631) 351-1900 FAX
DubinJS@cs.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

FRED ALSTON, as a Trustee of THE LOCAL 272     Civil Action No.
LABOR-MANAGEMENT PENSION FUND;     21 CV 307 (JMF)
FRED ALSTON, as a Trustee of THE LOCAL 272     ECF Case
WELFARE FUND,

                 Plaintiffs,

           -against-                             VOLUNTARY
                                          DISMISSAL
INTELLIPARK GARAGES LLC, CENTERPARK       and ORDER
MANAGEMENT LLC, CENTERPARK LLC,
CENTERPARK REALTY-RECTOR LLC,
CENTERPARK REALTY - 80 PARK LLC,

                 Defendants.
-------------------------------------------------------X

           IT IS HEREBY STIPULATED by the undersigned that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above action is dismissed without prejudice and without costs to either party, defendant not having answered. I hereby consent to the entry of this proposed order.

Dated: February 9, 2021

                               _____
                               Jeffrey S. Dubin (JD-0446)
                               Jeffrey S. Dubin, P.C.
                               Attorneys for Plaintiffs

SO ORDERED:
_____
United States District Judge   Hon. Jesse M. Furman

Date February 10, 2021 _____